Daniel J. Sullivan, Esq.
**Law Offices of DANIEL J. SULLIVAN**
2318 K Street
Sacramento, CA 95816
Telephone: (916) 444-9922
Facsimile: (916) 444-8405
State Bar I.D. 029064

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RUTLEDGE, SHERMAN LEE, and CORNELL THOMPSON, | CASE NO: 2:05-CV-01410 WBS/KJM |
| Plaintiffs, | **STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER OF DISMISSAL** |
| vs. | |
| CITY OF SACRAMENTO, SACRAMENTO CITY POLICE DEPARTMENT, DOE I THROUGH DOE XX, INCLUSIVE, | |
| Defendants. | |

Pursuant to the terms of a written Settlement Agreement, and pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: March 14, 2006        Law Offices of DANIEL J. SULLIVAN

　　　　　　　　　　　　　　　　/s/ Daniel J. Sullivan
　　　　　　　　　　　　　　　Daniel J. Sullivan
　　　　　　　　　　　　　　　Attorneys for Plaintiff[s]

Dated: March  16 , 2006        SAMUEL L. JACKSON, CITY ATTORNEY

　　　　　　　　　　　　　　　By  James F. Wilson
　　　　　　　　　　　　　　　　JAMES F. WILSON

- 1 -

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

Dated:  March 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE